IN THE UNITED STATES OF DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JEANNETTE STALEY | ) | |
| | ) | Civil Action No. 1:17-CV-00669 |
| Plaintiff, | ) | Honorable John J. Tharp, Jr. |
| | ) | |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| SUNRISE SENIOR LIVING MANAGEMENT, INC., MS BARRINGTON, SH, LLC; SUNRISE SENIOR LIVING SERVICES, | ) ) ) ) | |
| Defendants. | ) | |

## STIPULATION TO DISMISS

**IT IS HEREBY STIPULATED AND AGREED,** by and between the Plaintiff, JEANNETTE STALEY, and Defendants, SUNRISE SENIOR LIVING MANAGEMENT, INC. and MS BARRINGTON SH, LLC, that said action be dismissed with prejudice and in bar of further action, without costs to either party, all costs having been paid and all matters in controversy for which said action was brought having been fully settled, compromised and adjourned.

It is so stipulated this **13th** day of March 2017.

| | |
|---|---|
| By:   /s/ John E. Marszalek | By:   /s/ Robert E. Sidkey |
| John E. Marszalek | Robert E. Sidkey |
| Marszalek & Marszalek | Pretzel & Stouffer, Chartered |
| 120 West Madison Street, Ste. 801 | One South Wacker Drive, Ste. 2500 |
| Chicago, IL 60602 | Chicago, IL 60606 |
| (312) 456-1700 (phone) | (312) 346-1973 (phone) |
| john@marslawfirm.com | rsidkey@pretzel-stouffer.com |
| *Attorney for Jeannette Staley* | *Attorney for Defendants* |