# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Jeannette Staley

                               Plaintiff,

v.                                           Case No.: 1:17−cv−00669
                                               Honorable John J. Tharp Jr.

Sunrise Senior Living Management, Inc., et al.

                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 14, 2017:

      MINUTE entry before the Honorable John J. Tharp, Jr: Upon receipt of the parties' stipulated dismissal [20] pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this case is dismissed with prejudice. All pending motions are denied as moot; all future deadlines and status dates are stricken. Civil case terminated. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.